OPINION — AG — QUESTION: "IS THE ORIGINAL LAW COVERING CHIROPRACTIC (59 O.S. 1951 164 [59-164]) ENCLUDED IN 1921, THE TERM SPINOGRAPHY, IS ONE OF THE SUBJECTS FOR EXAMINATIONS. IN JANUARY 1938 THE CHANGE WAS MADE TO READ ROENTGENOLOGY. (59 O.S. 1951 164 [59-164](B)) — ARE WE RIGHT IN ASSUMING THAT THE WORD ROENTGENOLOGY, SUPERSEDES OR RENDERS OBSOLETE THE FORMER TERMINOLOGY OR SPINOGRAPHY?" — NEGATIVE CITE: 61 O.S. 1961 164 [61-164](A) (FRED HANSEN)